No. 12–7091.   BRIDESON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   JUSTICE SOTOMAYOR took no part in the con-

sideration or decision of this petition.